**OFFIT KURMAN, P.A.**
By:    Umar A. Sheikh, Esq. (037232000)
         usheikh@offitkurman.com
99 Wood Avenue South, Suite 302
Iselin, NJ 08830
(732) 218-1806

*Attorneys for Plaintiff*
*Domani Capital Group LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOMANI CAPITAL GROUP LLC,<br><br>Plaintiff,<br><br>-against-<br><br>STUART D. MILLS, HEARTLAND COMMUNITIES OF AMERICA, LLC, HCA-CW, LLC, and HCA-WT PROPERTY LLC,<br><br>Defendants. | Docket No.: 3:20-cv-5945 (MAS)(TJB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties that:

1.      The within action is hereby dismissed with prejudice and without costs to any party; and

2.      This stipulation may be executed in counterparts and facsimile, PDF and/or electronic signatures shall be deemed to be originals for all purposes.

**[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK;**

**SIGNATURES APPEAR ON NEXT PAGE]**

*[Signature page to Stipulation of Dismissal with Prejudice – 3:20-cv-5945]*

DATED:      October 6, 2020
              Iselin, NJ

**THE RUTALA LAW GROUP**

By:    */s/ Joseph D. Rutala*
      Joseph D. Rutala, Esq. (911172012)
      joe@rutala.com

*Attorneys for Defendants*
*Stuart D. Mills, Heartland Communities*
*of America, LLC, HCA-CW, LLC, and HCA-*
*WT Property LLC*

1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
(215) 360-3969

**OFFIT KURMAN, P.A.**

By:    */s/ Umar A. Sheikh*
      Umar A. Sheikh, Esq. (037232000)
      usheikh@offitkurman.com

*Attorneys for Plaintiff*
*Domani Capital Group LLC*

99 Wood Avenue South, Suite 302
Iselin, NJ 08830
(732) 218-1806

**So Ordered this __15th__ day of October, 2020.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**